Sponsored

American Express®
View Special Offers on Our Most Popular Cards






Follow-up from Accenture (4)

**kathy.peterson@accenturefederal.com** Hello Ivan, I'm a recruiter for AFS looking for strong candid... Substance Abuse P

**Me** Kathleen, I will be available to speak with you on the following days during the coming week. 1/... /15.....8am-4pm

**kathy.peterson@accenturefederal.com** HI Ivan, I will call you Monday at 1:00 Central ti... Kathy

**Me** Jan 11
To <kathy.peterson@accenturefederal.com>

Great! I look forward to your call.

Hide message history

On Jan 11, 2014, at 1:03 PM, <kathy.peterson@accenturefederal.com> wrote:

HI Ivan,

I will call you Monday at 1:00 Central time.

Kathy

**From:** ivan Brown [mailto:ivan_brown24@yahoo.com]
**Sent:** Friday, January 10, 2014 6:11 PM
**To:** Peterson, Kathy
**Subject:** Re: Follow-up from Accenture

Kathleen,
I will be available to speak with you on the following days during the coming week.
1/11/2014........8am-4pm
1/12/2014........All day
1/13 to 1/15.....8am-4pm.
The dates and times listed above are all Eastern Standard Time. I look forward to hearing from you.

Sincerely,

Ivan Brown MSSW

On Friday, January 10, 2014 6:14 PM, "kathy.peterson@accenturefederal.com" <kathy.peterson@accenturefederal.com> wrote:
Hello Ivan,

I'm a recruiter for AFS looking for strong candidates, like you, to be considered for our Federal - Substance Abuse Prevention Coordinator (PC) - Frankfort, KY - 00216467 position.

I just reviewed your resume in application for Federal - Substance Abuse Prevention Coordinator (PC) - Frankfort, KY - 00216467 and would like to talk with you for about 30 minutes or so to review your background, in more detail, and give you more information about AFS and our recruiting process.

If you're interested in talking with me about this opportunity, please reply with:

- Two or three dates and times over the next few days when you'll be available (please include your time zone), and
- A contact number at which I can reach you

You can access your profile to review the job description and update/submit your information by clicking here.

Thanks for your interest in AFS. I look forward to speaking with you soon!

If you have any questions, please let me know.

Thank you,

First Communication with Accenture

Discussed work + Criminal background on that monday Jan. 13th, 2014

Home Mail News Sports Finance Weather Games Groups Answers Screen Flickr Mobile | More

Search Mail Search Web ivan

Compose

Inbox (1)
Drafts (1)
Sent
Spam (2)
Trash
Folders
Accenture
ACSG
CSW Stuff
Notes
Practice Quiz
Recent

Sponsored



trivago
Florida Hotels from $45 a Night Available Now

Delete Move Spam More




# Invitation to Self-Identify

**Accenture Talent Acquisition** Jan 13
To Me, Me

Note: If you have already provided this information to us for other applications and do not wish to update/modify it, you may want to disregard this request. If you are currently employed by Accenture or one of its businesses, do not complete the requested action in this correspondence as this information has already been captured in our systems.

Dear Ivan Brown,

At the time of sending this email, our records indicated that we had not yet collected your EEO/Affirmative Action information for the position of Federal - Substance Abuse Prevention Coordinator (PC) - Frankfort, KY - 00216467. Solely to help us comply with federal and state Equal Employment Opportunity record keeping, reporting, and other legal requirements, we invite you to click here to provide this information.

**Important - Applicants Please Read**
Qualified applicants are considered for employment, and employees are treated during employment without regard to race, color, religion, national origin, citizenship, age, sex, marital status, ancestry, physical, or mental disability, veteran status, or sexual orientation.

**Please Note - Completion of this form is voluntary**
Refusal to complete this information will not subject any applicant or employee to adverse treatment. The information that you provide will be recorded and maintained in a confidential file, separate from all other records. This information will not be used in consideration for your employment.

We thank you for your interest in Accenture.

Best regards,
Human Resources Department
Accenture

**If this is a duplicate message, we apologize for the inconvenience.**

**Replies to this message are undeliverable and will not reach the Human Resources Department. Please do not reply.**
**Due to local email service provider settings, random characters may appear in some correspondence.**
This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

Jan 13th Rec email to complete EEO/Affirmative Action compliance.
On Jan 13th Logged in and completed

this_message_in_ht....html Download

Reply, Reply All or Forward | More

Click to reply all

Send



Brand New Muscle Builder Takes GNC by Storm
Discover a safe, natural muscle builder that is helping men of all ages get back in shape fast. Try this brand new

Sponsored

Home Mail News Sports Finance Weather Games Groups Answers Screen Flickr Mobile | More

Search Mail Search Web ivan

Compose

Delete Move Spam More

Inbox
Drafts (1)
Sent
Spam
Trash
Folders
Accenture
CSW Stuff
Notes
Practice Quiz
Recent

Sponsored



**Instant Checkmate**
New Site Grants Access to Anyone's Public Record

Accenture Video Interview

**Ila Stewart** Jan 14

To Me

When Wednesday, January 15, 2014 9:00 AM - 10:00 AM

Where 31 View

RSVP accenture.hirevue.com

This event has passed.

Accept Maybe Decline Save

This message contains blocked images. Show Images Change this setting



**Rest In Peace**
**With A $350,000 Life Insurance Policy For $21/Month**
CLICK YOUR AGE:
18-25 26-35 36-45
46-55 56-65 66-75
Over 75
Calculate New Payment

Dear Ivan,

Congratulations. You have been selected by Accenture to participate in a video interview, powered by HireVue.

Company Name: Accenture
Job Title: Federal - Substance Abuse Prevention Coordinator (
Date: January 15, 2014
Time: 8:00 am CST(GMT-06:00)
**Audio Type: microphone & speakers**

Add to your Outlook calendar

To start interview setup, click here:

http://accenture.hirevue.com/interviews/go/role/candidate/code/skwkx6-ip77n0

Or you may go to accenture.hirevue.com and enter this interview code:

**skwkx6-ip77n0**

HireVue Video Interviews use the latest technology to facilitate the interview process at Accenture. In this video interview you will meet with one or more representatives of Accenture in a live video conference, where you will interact in the same way as you would during an 'in-person' interview.

In order to participate you will need a webcam with a microphone and a computer with high-speed internet access. We highly recommend that you run the connection test portion of your setup process ahead of time to ensure that your location has an appropriate connection. Your audio may be directed through either your telephone line or your microphone and speakers. You will be prompted to use the appropriate method during the setup process. In the case of the using microphone and speakers, we recommend you use a pair of headphones or earbuds. Please contact HireVue support if you have any questions.

Please review the following support tools before beginning your interview

Candidate Instructions and Resources

If you have any problems during your interview please call us anytime 24/7 at 1-800-655-4106 or 001-801-316-2910 (outside the U.S.A.) or contact us by email at support@hirevue.com

In the US, visit uscareers.accenture.com to learn more about the career opportunities available to you. To learn more about career opportunities available to you in Canada, visit careers.accenture.ca

Thanks,

Ila Stewart
Accenture Recruiting

**About Accenture**
Accenture is a global management consulting, technology services and outsourcing company, with more than 204,000 people serving clients in more than 120 countries. Combining unparalleled experience, comprehensive capabilities across all industries and business functions, and extensive research on the world's most successful companies, Accenture collaborates with clients to help them become high-performance businesses and governments. The company generated net revenues of US$21.6 billion for the fiscal year ended Aug. 31, 2010. Its home page is www.accenture.com.

Jan 14th

First Video interview With Accenture. Scheduled to be on 1/15.

Total of 3 interviews

Sponsored



**Instant Checkmate**
New Site Grants Access to Anyone's Public Record





# CONFIRMATION: Accenture Confirming Interview...

**AFS.HR.Admin@accenturefederal.com** Jan 14
To Me, katy.santello@accenturefederal.com

This message contains blocked images. Show Images Change this setting

Dear Ivan,

Thank you for applying for the position of Federal - Substance Abuse Prevention Coordinator (PC) - Frankfort, KY. We are glad to confirm your Confirming interview.

Below are the details:

**Date:** 01/15/2014
**Time:** 8:00 am - 9:00 am CT (9:00 am ET)
**Interviewer's Name:** Corey Joyal
**Number interviewer will call:**
http://accenture.hirevue.com/interviews/go/role/interviewer/code/skwkx6-ip77n0

**Note: For this interview Accenture will be calling from a private number that will not be accepted if your phone is set to block calls. Please make sure to adjust your phone settings so that you can accept this call that will likely come up marked as "Private Number" or "Unknown."**

As a gentle reminder, the interview time noted above is **US Central Time,** a standard we use across our global offices. Please **convert it** to your local time.

As your recruiter explained earlier, this discussion is expected to last an hour. More information about the type of interview can be found below. If you have any questions, please contact your recruiter at katy.santello@accenturefederal.com

Your recruiter will let you know the next steps soon after the interview.

To learn more about Accenture before your interview, visit http://www.accenture.com/.

**Confirming Interview:** Review the role, type of work, some discussion about your work experience, career progression and life at Accenture. It also offers an opportunity to ask questions.

*Please let me know immediately if you are unable to attend this interview. Or you may also suggest a different time slot and I will be happy to help you with a different schedule based on your availability. My contact details are listed below.*

Thank You,

Ila Stewart
Recruitment Administrator
Accenture HR Services
Email: AFS.HR.Admin@accenturefederal.com

Stay Connected:

***Accenture, recognized by Fortune and Working Mother as a 100 Best Companies to Work For and by DiversityInc as a Top 50 Company for Diversity***

this_message_in_ht....html Download

Reply, Reply All or Forward | More

Jan 14
Conf. email for interview on 1/15/14

Home Mail News Sports Finance Weather Games Groups Answers Screen Flickr Mobile | More

Search Mail Search Web ? Ivan

Compose

Inbox
Drafts (1)
Sent
Spam
Trash
Folders
Accenture
CSW Stuff
Notes
Practice Quiz
Recent

Delete Move Spam More

## Accenture Federal Services Background Verificatio...

**HireRight Customer Support** Jan 14
To Me

Dear Ivan Brown,

Accenture Federal Services has partnered with HireRight, a leading provider of on-demand employment screening solutions, to manage your background verification. This message describes how to access their secure website to provide the information that will expedite your verification. Please carefully follow all instructions and accurately enter the data as required. Also, please respond quickly to HireRight requests for more information.

To access the secure website, please click this link and use the case-sensitive credentials:
https://cws01.hireright.com/ac.html?key=DA60BA5ADBED947505 6F82A9D9751881

Login: ivan_brown24@yahoo.com
Password: F6112381 (a user-defined password will be established after login)

Important: Your login and password is active for 30 day(s) from the date of receipt. Bookmark the link and remember your credentials because they are required to access this secure website.

If you need support, HireRight Customer Service is available 5 days a week from Sunday 3 p.m. until Friday 7 p.m. Pacific Standard Time by phone (toll free in the U.S.) at (866) 521-6995, or by a toll call elsewhere at +1 (949) 428-5804.

Sincerely,
Patricia Bocanegra

Reply, Reply All or Forward | More

Click to reply all

Send

Jan 14
Rec email with Login + PW to start Background Verifican.

Sponsored

LifeCellSkin
74-Yr-Old Outsmarts Doctors. Reduces Her Wrinkles.



Sponsored



Match.com
View Singles in Your Area




## Your HireRight Background forms were successful...

**HireRight Customer Support** Jan 17
To Me

This email is for your information only, please do not reply to this message.

Dear Ivan Brown,

Success! Your forms have been received by HireRight.

Your request ID (reference number) is TL-011714-R53VW.

There's no more action required from you at this time.

Next Steps:
If there is clarification required from you to complete processing of your report, we will reach out to you by email or phone with complete instructions. We will reference the Request ID above.

If you wish to provide additional documentation in advance, please provide it by email to documentation@hireright.com.

If you need support, HireRight Customer Service is available 5 days a week from Sunday 3 p.m. until Friday 7 p.m. Pacific Standard Time by phone (toll free in the U.S.) at (866) 521-6995, or by a toll call elsewhere at +1 (949) 428-5804.

Thank You,
Patricia Bocanegra

Reply, Reply All or Forward | More

Click to reply all

Send

Jan 17
HireRight rec. Signed forms to do Background check.

Home Mail News Sports Finance Weather Games Groups Answers Screen Flickr Mobile | More

Search Mail Search Web ivan

Compose

Inbox
Drafts (1)
Sent
Spam
Trash
Folders
Accenture
CSW Stuff
Notes
Practice Quiz
Recent

Sponsored



LendGo
Mortgage Rates Hit 2.6% - Lower Your Mortgage Now!

Delete Move Spam More

## Copy of Background Consent Form for Ivan Brown

**HireRight Customer Support** Jan 17
To Me

Signature confirmation

Attached is a copy of your electronically signed document. You may wish to print it for your records. An additional copy has been sent to the organization that requested your signature.

A hard copy of the document may be obtained for a $15.00 service fee by contacting HireRight Customer Service at ElectronicSignatures@HireRight.com.

If you need support, HireRight Customer Service is available 5 days a week from Sunday 3 p.m. until Friday 7 p.m. Pacific Standard Time by phone (toll free in the U.S.) at (866) 521-6995, or by a toll call elsewhere at +1 (949) 428-5804.

DISCLOSURE AND... .pdf View Download

**Reply, Reply All or Forward | More**

Click to reply all

Send

Hey,
Obama Reduces The Amount Homeowners Owe
If you owe less than $625,500 on your home, use Obama's Refi Program. You'll be shocked when you see how much you can save.
Tap your age below:
19-35 36-45 46-54 55+

Jan 17
Emailed with
Disclosure attached
from HireRight

Home Mail News Sports Finance Weather Games Groups Answers Screen Flickr Mobile | More

DISCLOSURE AND CONSENT FOR BACKGROUND VERIFICATION REPORT.pdf 1 of 12

Search Mail Search Web ? Ivan

Compose

Inbox
Drafts (1)
Sent
Spam
Trash
Folders
Accenture
CSW Stuff
Notes
Practice Qı
Recent

Sponsored



Instant Check
New Site Gran
Anyone's Publi

ATIONS
YLE
Now
LT

# CONSUMER DISCLOSURE AND AUTHORIZATION FO

## Disclosure Regarding Background Investigation

Accenture Federal Services (the "Company") may request, for lawful employment purposes, i
about you from a consumer reporting agency in connection with your employment or appl
(including independent contractor assignments, as applicable). This background information
form of consumer reports and/or investigative consumer reports (commonly known as "ba
"investigative consumer report" is a background report that includes information from person
California, where that term includes background reports with or without information c
interviews), the most common form of which is checking personal or professional referen
reports may be obtained at any time after receipt of your authorization and, if you are h
Company, throughout your employment or your contract period, as allowed by law.

HireRight, Inc. ("HireRight"), or another consumer reporting agency, will prepare or assemble
for the Company. HireRight is located and can be contacted by mail at 5151 California,
HireRight can be contacted by phone at (800) 400-2761. Information about HireRight's priva
at www.hireright.com/Privacy-Policy.aspx.

The background report may contain information concerning your character, genera
characteristics, mode of living, and credit standing. The types of information that may be obtai
limited to: social security number verifications; address history; credit reports and history
history; public court records; driving records; accident history; worker's compensation clai
educational history verifications (e.g., dates of attendance, degrees obtained); employment hi
dates of employment, salary information, reasons for termination, etc.); personal and professi
professional licensing and certification checks; drug/alcohol testing results, and drug/alcoho
law and/or company policy; and other information bearing on your character, gener
characteristics, mode of living and credit standing.

This information may be obtained from private and public record sources, including, as a
agencies and courthouses; educational institutions; former employers; and, for investiga
personal interviews with sources such as neighbors, friends, former employers and associates
sources. If the Company should obtain information bearing on your credit worthiness, c
capacity for reasons other than as required by law, then the Company will use such credit
whether you would present an unacceptable risk of theft or other dishonest behavior in the
being evaluated.

You may request more information about the nature and scope of an investigative cons
contacting the Company.

A summary of your rights under the Fair Credit Reporting Act, as well as certain state-specifi
provided to you.

Home Mail News Sports Finance Weather Games Groups Answers Screen Flickr Mobile More
DISCLOSURE AND CONSENT FOR BACKGROUND VERIFICATION REPORT.pdf
1 of 12
Search Mail Search Web
ivan

Compose

Inbox
Drafts (1)
Sent
Spam
Trash
Folders
Accenture
CSW Stuff
Notes
Practice Qu
Recent
Sponsored
LendGo
Mortgage Rate
Your Mortgage

ount
on your
am. You'll
much you

# CONSUMER DISCLOSURE AND AUTHORIZATION FOI

## Disclosure Regarding Background Investigation

Accenture Federal Services (the "Company") may request, for lawful employment purposes, l about you from a consumer reporting agency in connection with your employment or appl (including independent contractor assignments, as applicable). This background information form of consumer reports and/or investigative consumer reports (commonly known as "ba "investigative consumer report" is a background report that includes information from person California, where that term includes background reports with or without information c interviews), the most common form of which is checking personal or professional referen reports may be obtained at any time after receipt of your authorization and, if you are h Company, throughout your employment or your contract period, as allowed by law.

HireRight, Inc. ("HireRight"), or another consumer reporting agency, will prepare or assemble for the Company. HireRight is located and can be contacted by mail at 5151 California, HireRight can be contacted by phone at (800) 400-2761. Information about HireRight's priva at www.hireright.com/Privacy-Policy.aspx.

The background report may contain information concerning your character, genera characteristics, mode of living, and credit standing. The types of information that may be obtai limited to: social security number verifications; address history; credit reports and histor history; public court records; driving records; accident history; worker's compensation clai educational history verifications (e.g., dates of attendance, degrees obtained); employment hi dates of employment, salary information, reasons for termination, etc.); personal and professi professional licensing and certification checks; drug/alcohol testing results, and drug/alcoho law and/or company policy; and other information bearing on your character, gener characteristics, mode of living and credit standing.

This information may be obtained from private and public record sources, including, as a agencies and courthouses; educational institutions; former employers; and, for investiga personal interviews with sources such as neighbors, friends, former employers and associates sources. If the Company should obtain information bearing on your credit worthiness, cr capacity for reasons other than as required by law, then the Company will use such credit whether you would present an unacceptable risk of theft or other dishonest behavior in the being evaluated.

You may request more information about the nature and scope of an investigative cons contacting the Company.

A summary of your rights under the Fair Credit Reporting Act, as well as certain state-specifi provided to you.

Sponsored



Google
Google Chromecast for $35



Information needed to complete your background

**Brandi Griggs** Jan 22
To Me

This message contains blocked images. Show Images Change this setting



The FOUNDATIONS of STYLE

Shop Now

GILT

HireRight

## URGENT: Regarding your background check for Accenture Federal Services

***PLEASE DO NOT REPLY TO THIS EMAIL***

Dear Ivan
HireRight is working to complete your background report on behalf of Accenture Federal Services. To expedite this process, please provide the information below as soon as possible so that we can complete your report. We appreciate your assistance and prompt response.
What We Need:

- Documentation that verifies your starting and ending dates of employment for All About Change. Acceptable forms of documentation may include W-2 forms, pay stubs and/or 1099 forms. If this is your current employer, provide a copy of your most recent paycheck stub along with a document verifying your start date.

For your convenience, we offer several ways to send this documentation or respond to our inquiries. For faster processing, please include your request ID, TL-011714-R53VW, in all of your communication.
How to Submit the Requested Information:

a. (Preferred Method) If you have completed an Online Application via HireRight's Applicant Center, you can login and upload the requested documents or information using this link and your original login credentials. If you are unable to access this link by clicking it, please copy the entire link and paste it into a web browser.

https://ows01.hireright.com/ac.html?key=DA60BA5ADBED9475056F82A9D9751881

*If you forgot your password, please use the "Forgot Password" feature on the login page to retrieve it.

b. Scan the document(s) and email to securedata@hireright.com

c. Simply attach your document(s) along with this cover sheet and send to 800-780-1889

If you have any questions or concerns, please feel free to email securedata@hireright.com or call our toll free number 877-319-0484 to speak with a representative. We've also included some frequently asked questions below, which provide additional information about our backgrc
Sincerely,
The HireRight Team

---

Frequently Asked Questions
**Q:** Why could HireRight not verify this information without me?
**A:** We make every effort to verify your information directly with the source pro there are times when we either need specific assistance from you or the source responding to our inquiries. We will continue to contact the source while reach we can complete your background check in the timeliest manner possible.
**Q:** Is my information secure?
**A:** All information sent to us, whether via email or by fax, is stored electronicall protected and is ONLY accessible by authorized personnel. For additional infor HireRight's data security, please visit http://www.hireright.com/Data-Security.a
**Q:** What is the relationship between HireRight and Accenture Federal Services? hired?
**A:** Accenture Federal Services has partnered with HireRight to conduct its back learn more about HireRight, please visit http://www.hireright.com. Please note make the hiring decision. For the status of your employment, we recommend t Accenture Federal Services.
**Q:** Are there any file/size limitations for documents being sent to HireRight?
**A:** Yes, our system does have some limitations. HireRight cannot convert or op open "password protected" documents/files; convert or open corrupted files/d open unknown file extensions; convert or open any document utilizing a "link"; documents/files over 20 MB When sending documentation, please ensure the

Jan. 22
Hireright needed information regarding previous work location.
-Sent 1099 on Jan 30th. uploaded to their website they requested

Sponsored



CompareCards.com
Credit Cards Now Offering 0% APR for 18 Months.




Correspondence from Accenture Federal Services: Brown, Iv... (2)

AFS.HR.Admin@accenturefederal.com Jan 23
To Me, kathy.peterson@accenturefederal.com, AFS.HR.Admin@accenturefederal.com

**Congratulations Ivan!**

PLEASE READ THIS EMAIL IN ITS ENTIRETY BEFORE TAKING ANY ACTION
Please be sure to complete all 6 steps to ensure that your documents meet company standards

This is your electronic offer packet. Your offer can be signed and returned electronically, so please read and follow the instructions below. The attached zip file titled, "Signature Documents" contains documents requiring your signature and the zip file titled, "Information Documents" contains Frequently Asked Questions documents related to the offer - these documents are for your reference only. If you are prepared to accept the offer, please call me to verbally accept and discuss start date options. If you are declining this offer, please contact me via phone or email and advise me of your decision.

**Follow these steps to return your signed offer letter:**

1. Please open and read all documents in both zip files. Ensure the documentation is consistent with what you have discussed with me. If you cannot open the attached zip files or if you are experiencing problems following the detailed instructions below, contact me.
2. To sign/date your offer:
   - Open and review each document in the Signature Documents Zip File. Instructions at the top of each document will indicate what information you will be required to enter
   - The documents have been protected so that you will be able to enter your acceptance information only where indicated. In general, information you will enter is limited to your full legal name and the date you are entering the information.
   - If a document requires multiple signatures/dates, etc., it has been noted at the top of the document.
3. Save each document in order to keep a copy for yourself and in preparation for submitting the signed documents to Accenture Federal Services. Please review the attached instructions if using a MAC system.
4. "Zip" each electronically signed document into a single zip file. There is no need to include the informational documents in the zip file.
5. To submit your signed offer documents to Accenture Federal Services:
   - Please log back into your Accenture account by using this link: https://accenture.taleo.net/careersection/10003/joblist.ftl?lang=en
   - Click on "submit / update your profile"
   - Agree to our global legal agreement
   - Log into your account using your username and password
   - Page thru to the location to upload your cv/resume (typically, page 4 of the application)
   - Follow the instructions to attach a file, and attach the zip file you created above
   - Click "save and continue
     - To meet legal requirements, be sure to return each document in its entirety.
   - Accenture cannot accept partial documents or documents containing revisions.
   - Please type your full legal name wherever indicated and do not use nicknames.
   - Enter the date you signed the letter (by typing in the date) wherever indicated.
6. PLEASE RESPOND TO THIS EMAIL BY:
   - Clicking "Reply to All" to confirm receipt of signed offer documents uploaded to your ATAS Profile. This will ensure that your Recruiter receives confirmation of your actions and the Accenture Document Management Team will also be alerted to process your signed offer documentation.
   - If you are unable to select the "Reply to All" button, click this link AFS.HR.Admin@accenturefederal.com and enter it into the "To" field of your reply email along with your Recruiter's email address.
   - In the body of your email – please confirm that you have uploaded your signed Offer documentation to your ATAS profile.

Jan 23
Rec Offer packet contigent on Hire Right Background check.
Original start date Feb 3rd moved to Feb 10th due to Hire right Background check not complete in time

Accenture Federal Services LLC
800 North Glebe Road, Suite 300
Arlington, VA 22203

IMPORTANT: THIS DOCUMENT MUST HAVE YOUR FULL LEGAL TYPED NAME ENTERED IN THE "TYPE FULL LEGAL NAME" LINE IN ORDER TO BE VALID. FAXED OR SCANNED DOCUMENTS MUST HAVE YOUR LEGAL SIGNATURE IN PLACE OF THE TYPED NAME.

January 22, 2014

Ivan Brown
129 Meadowview Way
Georgetown, KY 40324

Dear Ivan:

We enjoyed our recent discussions with you and sincerely appreciated the opportunity to tell you about Accenture Federal Services. You made an excellent impression and we believe you have the right qualifications for a rewarding career with us. We believe our challenging environment will provide you the opportunity to realize your professional objectives.

We are pleased to extend you an offer to join Accenture Federal Services (herein after referred to as "Accenture" or the "Company"). This letter confirms the terms of your employment.

**Workforce:** Services
**Organization:** National Guard
**Talent Segment:** Program, Project & Service Management
**Role:** Business Operations Analyst
**Job Title:** Substance Abuse Prevention Coordinator (PC) - Frankfort, KY
**Job Schedule:** Full-Time
**Career Level:** - 11
**Office Location**: Cincinnati
**Paid Time Off (Full time):** 25 days accrual per fiscal year based on current policy.
**Base Pay:** $42,000 Yearly, payable semi-monthly in arrears.
**Overtime**: Exempt
**Variable Pay Plan:** P4P

Your performance and promotion readiness will be assessed on the basis of your contributions and performance, the results of your work, the value you contribute to the success of our clients, business need, and your demonstrated stewardship and commitment to Accenture. Our salary administration process occurs annually. Salary reviews are conducted in September and any

adjustments are determined by your start date, performance, and other compensation factors such as your position within your salary range and overall business conditions. You must have been employed by Accenture for at least 3 1/2 months prior to the salary review date (the first of September) in order to be eligible for a salary review.

An extensive benefits program including medical, dental, disability insurance, life insurance, pretax reimbursement accounts, and other plans are available to you upon employment, subject to the standard eligibility requirements. Some benefits, such as the employer 401(k) matching contribution, require a period of employment before you are eligible for participation. You are eligible to make 401(k) contributions any time beginning with your first day of work. If you are making contributions and you have satisfied the eligibility requirements, Accenture will match your contributions, at the rate appropriate for your workforce or level, up to 6% of your compensation (subject to the IRS annual limits). You are permitted to roll over any prior employer 401(k) or other qualified plan amounts into the company's plan at any time.

For additional information on our holiday and vacation policies as well as our benefits programs, visit http://uscareers.accenture.com/benefits. In addition, you can learn more about our unique LifeWorks program; from financial planning to educational matters, apartment listings to consumer sources, you'll find a complete range of services to help enhance the quality of your life. If you have specific questions regarding benefits, please feel free to contact us.

If you become employed by the Company, you will have the opportunity to participate in the Accenture plc Employee Share Purchase Plan (ESPP). This is a voluntary program that allows eligible Accenture employees (in geographies where locally permitted) to purchase Class A ordinary shares of Accenture plc at a 15 percent discount. By participating in this program, you can build your ownership in Accenture and increase your stake in Accenture's potential success. Employees are generally eligible to contribute up to 10 percent of their gross compensation toward the purchase of these shares, or up to US$7,500 per Offering Period. To participate in the ESPP, you may enroll during an Open Enrollment period, which occurs twice a year, in September and March respectively for the two Offering Periods beginning in November and May. Please note that this program is offered solely at the discretion of Accenture plc, not by your employer, and may be amended or terminated by Accenture plc at any time.

We are extending this offer contingent upon successful completion of a background and reference check, including verification of all information reported on your Candidate Profile. Please note that your Candidate Profile and background check results must also satisfy any client-specific on-boarding requirements. Placements on some projects may require additional client specific requirements such as licenses, clearances, or signing authority, if applicable. Your offer is also contingent upon you possessing valid work authorization that does not require employer sponsorship.

**This offer is further contingent upon the understanding that (1) your joining our Company will not violate any agreement to which you are or have been a party and that you will have obtained a satisfactory disposition of any restrictions you may have on your activities with your current or former employer(s) as determined by the Company; (2) the Company will not reimburse or hold you harmless for costs or any liability incurred in connection with a decision to accept employment with the Company; and (3) that the Company will not reimburse or hold you harmless for costs or any liability incurred in connection with any actions that may be brought by any prior employer.**

**The Company's offer is also contingent upon your acknowledgement that you will neither use nor disclose to our Company any confidential or proprietary information obtained from a third party prior to you joining our Company; and you will comply with all applicable Company policies and professional standards of our Company, including the Accenture Code of Business Ethics and Accenture's Policies. Your employment with Accenture is "at will," meaning it is terminable at any time by either you or Accenture.**

We have enclosed several documents you must review and/or sign and return: (1) Additional terms and contingencies of employment, (2) conditions of employment, as well as an (3) intellectual property agreement to which you will be subject. After you have read through these materials, please sign and return in their entirety copies of this letter, the Additional terms and contingencies, the conditions of employment, and the intellectual property agreement. These documents will serve as your official acceptance of our offer and confirm that you have read, understood and will comply with the provisions outlined.

In keeping with the US Immigration and Control Act of 1986, we are required to establish the employment authorization and identity of each person we hire. Accenture's policy is to verify this information on your first day of employment. Accenture also complies with state laws and federal regulations that require the use of the Department of Homeland Security's E-Verify system to establish employment authorization and identity. In order to comply; you will need to bring the appropriate documentation described in the attached List of Acceptable Documents on your first day of employment. **Your documentation must be original. Expired documents, copies or faxes will not be accepted.** Please be aware that E-Verify requires that if you choose to bring an identification document from "list B" on the I-9 form, it has to be a document with a photo on it.

Prior to your start date, you will receive an email from 'Human Resources' with instructions to access our secure Accenture Career Launch portal where you will prepare for your first day and complete these required actions: verify your personal profile, complete the I-9 form, enroll in direct deposit payroll, provide emergency contact info, and complete tax forms. Your email address on record is ivan_brown24@yahoo.com. If your email address changes prior to your start date, please notify Accenture so we may stay in contact.

Ivan Brown
January 22, 2014

During your employment or upon your release or resignation, you agree not to release, retain, copy or utilize in any manner any confidential, privileged, or proprietary information or property of Accenture or its clients. All discoveries, inventions, or techniques developed in the course of your employment belong to Accenture and will be disclosed and assigned to Accenture by you.

We look forward to hearing from you and sincerely hope you decide to join our team. Please contact your recruiter Kathleen Peterson at (571) 414-4919 with your decision within one day of the date at the top of this letter. In the meantime, please do not hesitate to call us should you like to discuss anything further.

Very truly yours,

David Goldstein
Recruitment Director
Accenture Federal Services LLC

Acknowledged:

______________________ ______________________

Handwritten (Cursive) Signature (If submitting via Fax or Mail) — Handwritten Date

______________________ ______________________

Type Full Legal Name (If submitting electronically to Accenture recruiting profile) — Type Date

By typing my legal name in the above, I acknowledge and agree: (1) that I have read, understand and agree to the foregoing terms of employment, (2) that I have not altered the document by any means, (3) to submit this document electronically, and that my submission of this electronic response constitutes my electronic signature, and (4) to the electronic storage and use of this document by Accenture.

'an Brown
anuary 22, 2014

IMPORTANT: THIS DOCUMENT MUST HAVE YOUR FULL LEGAL TYPED NAME ENTERED IN THE "TYPE FULL LEGAL NAME" LINE IN ORDER TO BE VALID. FAXED OR SCANNED DOCUMENTS MUST HAVE YOUR LEGAL SIGNATURE IN F... OF THE TYPED NAME.

January 22, 2014

## Additional Terms and Contingencies

Ivan Brown

This document serves as an addendum to your offer to join Accenture Federal Services ("Accenture" or the "Company"). The additional terms and contingencies of your employment are:

In addition to the other conditions and prerequisites referenced herein, this offer of employment is contingent upon a successful government security investigation and/or obtaining a Public Trust clearance.

In addition to the other conditions and prerequisites referenced herein, this offer of employment is contingent upon obtaining and maintaining the required level of client Security clearance.

## VARIABLE PAY PROGRAMS

**Variable Pay Programs Overview**

Accenture values meritocracy and rewarding people based on individual as well as company performance. In addition to base salary, employees may be eligible to participate in one or more of the bonus or variable pay plans based on level, workforce, and/or business unit. The offer letter outlines the plan(s) in which the employee is eligible to participate. Participation in such plan(s) will be subject to the governing terms and conditions of the applicable plans. Accenture reserves the right, in its sole discretion, to amend, change, suspend, or terminate any or all of the bonus or variable pay plans at any time without any obligation to replace it.

**Pay for Performance (P4P)**

The Pay for Performance Program is an annual cash payment plan linked to both business and individual performance. The Plan Year begins September 1st and ends August 31st (fiscal year) and payments are determined based off of the individual's actual base compensation received during the fiscal year. The Pay for Performance Program provides rewards to participants if and only if the business meets it's agreed metrics for the plan year. These metrics may be Global

Ivan Brown
January 22, 2014

(Business specific) and/or Local (contract CCI) and participation and individual funding targets are at the discretion of management and may not be effective or identical for all entities. Participation in the Pay for Performance Program is limited to Services workforce employees at all career levels below Managing Director - exempt & non-exempt may be eligible. Actual participation within an entity will be dependent on affordability. An employee must be employed on the last business day of the fiscal year, and meet all other terms and conditions of the Pay for Performance Plan to be eligible to receive a payment. The Pay for Performance Plan is subject to Federal and State supplemental tax rates.

Acknowledged:

____________________________ ____________________

Handwritten (Cursive) Signature
(If submitting via Fax or Mail)

Handwritten Date

____________________ ____________________

Type Full Legal Name
(If submitting electronically to Accenture recruiting profile)

Type Date

By typing my legal name in the above, I acknowledge and agree: (1) that I have read, understa and agree to the foregoing terms of employment, (2) that I have not altered the document by a means, (3) to submit this document electronically, and that my submission of this electron response constitutes my electronic signature, and (4) to the electronic storage and use of this document by Accenture.

Ivan Brown
January 22, 2014

**Enclosures:**
Additional Terms and Contingencies
Conditions of Employment
Intellectual Property Agreement
Intellectual Property Agreement Frequently Asked Questions
Policy 90
I9 Documentation

Home Mail News Sports Finance Weather Games Groups Answers Screen Flickr Mobile | More

Search Mail Search Web ivan

Compose

Delete Move Spam More

Inbox
Drafts (1)
Sent
Spam
Trash
Folders
Accenture
CSW Stuff
Notes
Practice Quiz
Recent

Correspondence from Accenture Federal Services:... (2)

**AFS.HR.Admin@accenturefederal.com** Congratulations Ivan! PLEASE READ THIS EN

**Me** Jan 24

To AFS.HR.Admin@accenturefederal.com,
kathy.peterson@accenturefederal.com

I have uploaded the required documents to the ATAS profile.

Sincerely,

Ivan Brown

Show message history

Reply, Reply All or Forward | More




Please be sure

Sponsored

RateMarketplace
A Simple Way to Pay Off Mortgage

Click to reply all

Send

Jan 24

Ivan submitted his atr packet back to Accenture.

Home Mail News Sports Finance Weather Games Groups Answers Screen Flickr Mobile | More

Search Mail Search Web Ivan

Compose

Inbox
Drafts (1)
Sent
Spam
Trash
Folders
Accenture
CSW Stuff
Notes
Practice Quiz
Recent
Sponsored

Nextag
Top 3 Plus Size Dresses for 2014

Delete Move Spam More

## Profile submitted to Accenture

**Accenture Talent Acquisition** Jan 24

To Me, Me

This message contains blocked images. Show Images Change this setting

Dear Ivan Brown,

Thank you for submitting your candidate profile to Accenture! If your skills, experience and qualifications match Accenture's needs, we'll contact you soon.

You can also view all current Accenture career opportunities and apply online through our Accenture Careers website.

Again, thank you for your interest in Accenture!

Accenture Recruiting

Stay Connected:

**This is a post only email account. Please do not reply to this message. Replies will not reach Accenture Recruiting.**
**Due to local email service provider settings, random characters may appear in some correspondence.**

this_message_in_ht....html Download

Reply, Reply All or Forward | More

Click to reply all

Send




Jan 24
Ivan updated his profile on Accenture website

Home Mail News Sports Finance Weather Games Groups Answers Screen Flickr Mobile | More

Search Mail Search Web ivan

Compose

Delete Move Spam More Collapse All

Inbox
Drafts (1)
Sent
Spam
Trash
Folders
Accenture
CSW Stuff
Notes
Practice Quiz
Recent

Sponsored



**Force Factor**
Brand New Muscle Builder Takes GNC by Storm

## Delayed start date (2)

**kathy.peterson@accenturefederal.com** Jan 27
To Me

Hi Ivan,

Your background check is taking longer than expected so we need to move your start date to February 10th. In order for human resources to process your hire properly, the background check has to be completed 5 business days prior to your start date.

Please confirm your receipt of this email.

Kathy Peterson
Accenture Federal Services
Defense/Public Safety Recruiter
kathy.peterson@accenturefederal.com
Direct: 571-414-4919

To find out what's new in Defense within Accenture, visit: www.accenture.com/defense
Please visit our US Careers Website at www.careers.accenture.com/us to learn more and apply.

Accenture, recognized on Fortune Magazine's 100 Best Companies to Work For, DiversityInc's Top 50 Companies, Working Mother's 100 Best Companies and BusinessWeek's Best Places to Launch a Career.

Reply, Reply All or Forward | More

**Me** Jan 27
To <kathy.peterson@accenturefederal.com>

Thank you,

Ivan Brown

Hide message history

On Jan 27, 2014, at 10:50 AM, <kathy.peterson@accenturefederal.com> wrote:

Hi Ivan,

Your background check is taking longer than expected so we need to move your start date to February 10th. In order for human resources to process your hire properly, the background check has to be completed 5 business days prior to your start date.

Please confirm your receipt of this email.

Kathy Peterson
Accenture Federal Services
Defense/Public Safety Recruiter
kathy.peterson@accenturefederal.com
Direct: 571-414-4919

To find out what's new in Defense within Accenture, visit: www.accenture.com/defense
Please visit our US Careers Website at www.careers.accenture.com/us to learn more and apply.

Jan. 27
Rec email from Accenture start date changed to 10th due to Background check

Reverse Mortgage: How it Works (Age 62 Plus)
LendingTree

What Do You Want to Learn Today?
lynda.com