UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| IVAN LYDELL BROWN, | ) | |
| | ) | |
| | ) | Civil No. 3:15-cv-24-GFVT |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| ACCENTURE FEDERAL SERVICES | ) | |
| and OLIVIA SMITH, | ) | |
| | ) | |
| Defendants. | | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Order entered contemporaneously with this Judgment, and pursuant to Federal Rule of Civil Procedure 58, it is hereby **ORDERED and ADJUDGED** as follows:

1. In accordance with the Order entered today, judgment is hereby entered in favor of Defendants Accenture Federal Services and Olivia Smith, and the claims against them are **DISMISSED WITH PREJUDICE**;

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay; and

3. This matter is **STRICKEN** from the Court's active docket.

This the 13th day of June, 2016.

Gregory F. Van Tatenhove
United States District Judge